UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 19, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                   )<br>       Plaintiff,              )<br>v.                                            )<br>                                                   )<br>ELEXIE JACKSON,                  )<br>                                                   )<br>       Defendant.        )  | Case No. 2:10-MJ-00242-DAD-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ELEXIE JACKSON , Case No.  2:10-MJ-00242-DAD-1 , Charge ___ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

✔  Unsecured Appearance Bond  $55K

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

✔  (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 19, 2010  at  2:17 pm  .

By  /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court