```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ELEXIE JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-mj-00242-DAD |
| ) | |
| Plaintiff, ) | AMENDED |
| ) | DEFENDANT'S UNOPPOSED MOTION AND |
| v. ) | PROPOSED ORDER TO MODIFY |
| ) | CONDITIONS OF SUPERVISION |
| ELEXIE JACKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | Time: |
| _____ ) | Judge: Hon. Dale A. Drozd |

The Defendant, Elexie Jackson, was sentenced on May 17, 2011 following her guilty plea to misdemeanor violations of 18 U.S.C. §§ 111(a)(1) and 1701. She self-surrendered and has already completed her 30 day jail sentence. The Court imposed several special conditions of supervision including a condition that requires Ms. Jackson to reside in either the Mather Residential Program or a residential community corrections center (halfway house) for a period of 210 days. If she was admitted to the Mather Residential Program she would have also been

1 required to be monitored by an EM device.

2     At the time of the sentencing hearing it appeared that Ms. Jackson
3 would be accepted into the Mather program.  Unfortunately, the Mather
4 Program rejected her claiming that its federal funding would prohibit
5 them from taking her since she was convicted of (misdemeanor) assault
6 on a federal worker.  Once released from jail, Ms. Jackson returned to
7 The Effort.  Her probation officer, Mr. Storey, then placed her at the
8 Clean and Sober Living House in South Sacramento.  The probation
9 officer has visited her at the program and believes that this is a good
10 placement for her.  She will be able to stay locally rather than go to
11 a halfway house in another city.  She has also resumed treatment with
12 her Sacramento based physician for her mental health issues.

13     Ms. Jackson and her probation officer both feel that this
14 placement makes more sense than sending her to a federal halfway house
15 far away from her family, home and treating physicians.  For these
16 reasons, the defendant moves to modify Special Condition number 5 of
17 her supervision as follows:

18     5.  The defendant shall reside and participate, for 210
days, in a residential community corrections center or any
19 other residential facility approved by her federal probation
officer.  Placement shall commence upon release from custody
20 pursuant to 18 U.S.C. § 3563(b)(11).  While in a facility
other than a community corrections center, the defendant
21 shall, at the discretion of the probation officer, be under
a curfew and monitored by an electronic device.  She shall
22 pay the costs attendant to this as determined by the
probation office.
23
All other conditions of supervision are to remain unchanged.
24
    The government, through Assistant U.S. Attorney Jill Thomas, has
25
been contacted regarding this modification and has no opposition to
26
this change in conditions.
27

28

Motion to Modify Supervision        -2-

```
Dated:   August 1, 2011
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender



                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        ELEXIE JACKSON


Dated:   August 1, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney



                                        /s/ Jill Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney
```

## ORDER

Good cause appearing and pursuant to Federal Rule of Criminal Procedure 32.1(c)(2) and 18 U.S.C. § 3583(e)(2) the conditions of Ms. Jackson's supervision are modified as requested above.  All other conditions remain in full force and effect.

DATED: August 23, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:crim
jackson0242.ord.mot-modify.super.wpd

Motion to Modify Supervision        -3-